IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FORTUNE SOCIETY, INC., on behalf of itself and its participants, and MICHAEL CLARK, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S, and MACY'S CORPORATE SERVICES, INC.,<br><br>Defendants. | Case No. 19-cv-05961-RA<br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and in the Declaration of Ossai Miazad in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement ("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Miazad Decl.;

(2) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P.

23(a) and 23(b)(3);

(3) appointing Plaintiffs' Counsel as Class Counsel; and

(4) approving the proposed Notice of Class Action Settlement and Claim Form, attached as **Exhibit B** to the Miazad Decl.

*   *   *

Plaintiffs also submit a Proposed Order, attached to the Miazad Decl. as **Exhibit C**, for the Court's convenience.

Dated: September 3, 2020
      New York, New York

Respectfully submitted,

*/s/ Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Lewis Steel
Chauniqua D. Young
Maya S. Jumper
Michael C. Danna
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC**.
Rachel Kleinman
40 Rector Street, 5th Floor
New York, New York 10006

Coty Montag (admitted *pro hac vice*)
Jason Bailey (admitted *pro hac vice*)
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-5573

**YOUTH REPRESENT**
Michael Pope
Eric Eingold
Dale Ventura
11 Park Place, Suite 1512
New York, NY 10007
Telephone: (646) 759-8080

*Attorneys for Plaintiffs and the Putative Class*