UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FORTUNE SOCIETY, INC., *on behalf of itself and its participants*, and MICHAEL CLARK, *on behalf of himself and all others similarly situated*,

            Plaintiffs,

       v.

MACY'S INC., *et al.*,

            Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  9-8-20

19-CV-5961 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the parties' settlement agreement, the motion to dismiss is denied without prejudice.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 62.

SO ORDERED.

Dated:    September 8, 2020
               New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge