IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FORTUNE SOCIETY, INC., on behalf of itself and its participants, and MICHAEL CLARK, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S, and MACY'S CORPORATE SERVICES, INC.,<br><br>       Defendants. | Case No. 19-cv-05961-RA<br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD AND CLASS COUNSEL'S FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Service Award and Class Counsel's Fees and Costs and in the Declarations of Ossai Miazad, Coty Montag, and Michael Pope in Support of Plaintiffs' Unopposed Motions for Final Approval of Settlement Class and Certification of the Settlement Class, Approval of Attorneys' Fees Costs, and Approval of Service Award, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order approving:

  (1)  a Service Award of $5,000 to Plaintiff Michael Clark;

  (2)  payment of fees in the amount of $583,333 to Class Counsel; and

  (3)  payment for reimbursement of costs in the amount of $37,989 to Class Counsel.

A Proposed Order is attached as Exhibit 1 to the Declaration of Ossai Miazad, filed contemporaneously with this motion.

Dated: November 24, 2020
       New York, New York

Respectfully submitted,

By:   /s/ *Ossai Miazad*

**OUTTEN & GOLDEN LLP**
Ossai Miazad
Lewis Steel
Chauniqua D. Young
Maya S. Jumper
Michael C. Danna
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
Rachel Kleinman
40 Rector Street, 5th Floor
New York, New York 10006

Coty Montag (admitted *pro hac vice*)
Jason Bailey (admitted *pro hac vice*)
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-5573

**YOUTH REPRESENT**
Michael Pope
Eric Eingold
Dale Ventura
11 Park Place, Suite 1512
New York, NY 10007
Telephone: (646) 759-8080

*Attorneys for Plaintiffs and the Class*